FREDERICK GOLL, Respondent, *v.* THE MANHATTAN RAILWAY
COMPANY Appellant.

(Argued December 15, 1890; decided January 13, 1891.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made April 2, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Brainard Tolles* for appellant.

*B. F. Watson* for respondent.

Agree to affirm; no opinion.

All concur, except EARL, PECKHAM and GRAY, JJ., not voting. Judgment affirmed.